# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Michael C. Loeffler**,** | **)** | JUDGMENT IN CASE |
| | **)** | |
| Plaintiff(s), | **)** | 3:25-cv-00152-MOC-SCR |
| | **)** | |
| vs. | **)** | |
| | **)** | |
| National Collegiate Athletic Association (NCAA)**,** | **)** | |
| Defendant(s). | **)** | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order.

March 10, 2025

Katherine Hord Simon, Clerk
United States District Court